[No. 10095–2–III. Division Three. September 18, 1990.]

RICHARD CLARKE GOULD, *Appellant*, v. RICHARD H. OLSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–2–03438–3, Michael E. Donohue, J., entered June 6, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Shields, J.

[No. 10006–5–III. Division Three. September 18, 1990.]

JOHN R. JOHNSON, *Appellant,* v. L.E. MATCHETT CO., LTD., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–2–02906–1, Michael E. Donohue, J., entered May 16, 1989. *Reversed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Shields, J.

[No. 10458–3–III. Division Three. September 18, 1990.]

SUSAN D. HANSON, ET AL, *Respondents,* v. LEONARD HARMS, as *Personal Representative, Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88–2–00131–7, Yancey Reser, J., entered November 13, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Shields, J.